No. 85–63.  BRADY *v.* PETTIT, FORMER MAYOR OF LEXINGTON-FAYETTE URBAN COUNTY GOVERNMENT, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 85–68.  GOTTSCHALL ET AL. *v.* JONES & LAUGHLIN STEEL CORP. ET AL.  Super. Ct. Pa.  Certiorari denied.

No. 85–70.  SARRACEN *v.* APPLEBY ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 85–73.  FREEDOM SAVINGS & LOAN ASSN. *v.* WAY, DBA FREEDOM REALTY.  C. A. 11th Cir.  Certiorari denied.

No. 85–74.  GRIFFIN *v.* RHODE ISLAND ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 85–75.  TENNECO WEST, INC. *v.* MARATHON OIL CO.  C. A. 9th Cir.  Certiorari denied.

No. 85–77.  RASKIEWICZ *v.* TOWN OF NEW BOSTON ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 85–80.  CUMBERLAND, MARYLAND, AREA TEAMSTERS PENSION FUND ET AL. *v.* HOOVER ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 85–83.  ZERMAN *v.* MELTON ET AL.; ZERMAN *v.* PRUDENTIAL-BACHE SECURITIES ET AL.; and ZERMAN *v.* JACOBS ET AL.  C. A. 2d Cir.  Certiorari denied.  Reported below: 735 F. 2d 751 (first case); 755 F. 2d 915 (second case); 751 F. 2d 82 (third case).

No. 85–86.  TUCKER *v.* HARTFORD NATIONAL BANK & TRUST CO.  Sup. Ct. Conn.  Certiorari denied.

No. 85–87.  MILIAN-RODRIGUEZ *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 85–89.  MEEKER *v.* NEW MEXICO ET AL.  Sup. Ct. N. M.  Certiorari denied.